Robert F. Woerner, Edw. G. Miller, and Leo J. Sandmann, all of Louisville, Ky., for appellant.

Bunk Gardner, U. S. Atty., of Louisville, Ky.

Before MOORMAN, HICKS, and ALLEN, Circuit Judges.

PER CURIAM.

There being no reviewable question presented on the record in this cause because the appellant neither requested findings of fact or conclusions of law on the trial of the case nor excepted to any finding or conclusion made by the trial court [Oyler v. Cleveland, C., C. & St. L. Ry. Co., 16 F.(2d) 455 (C.C.A.6); Thomas E. Basham Co. v. Lucas, 30 F.(2d) 97 (C.C.A.6); United States v. New York, C. & St. L. R. Co., 32 F.(2d) 887, 889 (C.C.A.6); Union Bleachery v. United States, 79 F.(2d) 549, 102 A.L.R. 204 (C.C.A.4)],

It is ordered that the judgment be affirmed.

Hugh Magevney, of Memphis, Tenn., for appellant.

Wm. McClanahan, U. S. Atty., of Memphis, Tenn.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

(1) The motion of appellant to remand this cause to the District Court with instructions to render judgment for appellant for the amount of taxes, with penalty and interest, which may be shown to have been paid by appellant under the Agricultural Adjustment Act (48 Stat. 31) as amended (see 7 U.S.C.A. § 601 et seq.), is denied.

(2) The appellant having paid the taxes alleged to have been illegally assessed against him and not having filed any claim for refund thereof nor sued to recover the amount thereof, and this court having no original jurisdiction to hear or entertain actions to recover taxes alleged to be illegally collected, it is ordered that this appeal be dismissed.

Appeal dismissed.

## LA CROIX v. UNITED STATES.
### No. 7211.

Circuit Court of Appeals, Sixth Circuit.

June 2, 1936.

## MASCARI v. UNITED STATES.
### No. 7287.

Circuit Court of Appeals, Sixth Circuit.

March 10, 1936.

